No. 462, Misc. HUTCHERSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 465, Misc. CALLAHAN *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner.

No. 466, Misc. MYLES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 483, Misc. HAGEWOOD *v.* BANNAN, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 491, Misc. WALLACE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 492, Misc. BELL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Harold Roland Shapiro* for respondent.

No. 34, Misc. WARD *v.* TURNER, WARDEN. Supreme Court of Utah. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Fred H. Evans* for petitioner. *A. Pratt Kesler,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for respondent.

No. 87, Misc. FEGUER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this petition. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.